IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DESHAWN D. DRUMGO, | § | |
| | § | No. 525, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 0606012315 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: February 24, 2026
Decided: March 4, 2026

On January 5, 2026, the Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed based on this Court's lack of jurisdiction to consider a criminal interlocutory appeal. The postal records that the notice to show cause was delivered on January 8, 2026, but was subsequently refused and returned. The notice was re-sent by first class mail on February 10, 2026. Because the appellant failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice